**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Coy Hazel HOWE, Defendant–
Appellant.**

No. 03–6262.

United States Court of Appeals,
Fourth Circuit.

Submitted May 19, 2003.

Decided June 11, 2003.

Coy Hazel Howe, Appellant Pro Se. Kevin Frank McDonald, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Coy Hazel Howe seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order denying a motion under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C.

§ 2253(c)(2) (2000). We have independently reviewed the record and conclude that Howe has not made the requisite showing. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*